JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| P. Kellie C. Brimberry,                       )<br>                                               )<br>            Plaintiff,            )<br>                                               )<br>      v.                                      )<br>                                               )<br>The Northwestern Mutual        )<br>Life Insurance Company, and )<br>Does 1 through 50,                  )<br>inclusive                                  )<br>                                               )<br>            Defendant.          )<br>_____ )<br>                                               )<br>The Northwestern Mutual        )<br>Life Insurance Company, a    )<br>Wisconsin corporation,           )<br>                                               )<br>      Counter-Claimants, )<br>                                               )<br>      v.                                      )<br>                                               )<br>P. Kellie C. Brimberry, an    )<br>individual; Fiduciary Trust  )<br>International of                       )<br>California, a California       )<br>corporation; and Does 1        )<br>through 10, inclusive,           )<br>                                               )<br>      Counter-Defendants. )<br>                                               )<br>_____ )  | CV 13-00127 RSWL (AJWx)<br><br>**JUDGMENT** |

**cc: FISCAL SECTION**

1

1    The evidence having been fully considered, the
2 issues having been duly heard, and a decision having
3 been duly rendered,
4    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
5 judgment be entered in favor of Counter-Defendant
6 Fiduciary Trust International of California
7 ("Fiduciary").  Fiduciary is entitled to a portion of
8 the insurance proceeds that is currently on deposit
9 with the Court.  Specifically, Fiduciary is entitled to
10 49.8% of Policy 15395737 and 54.2% of Policy 15404334.
11 Mrs. Brimberry is entitled to the remaining balance.
12 As no claims remain in this Action, this Action is
13 closed.
14
15 **IT IS SO ORDERED.**
16 DATED: 4/2/2014

                        RONALD S.W. LEW
                        _____
                        **HONORABLE RONALD S.W. LEW**
                        Senior, U.S. District Court Judge